■ DEEPAK TRIVEDI, Appellant, v ROBERT GOLUB, Defendant, and FLUSHING HOSPITAL MEDICAL CENTER, Respondent. [934 NYS2d 836]—

Under the circumstances of this case, the Supreme Court did not improvidently exercise its discretion in granting the defendant's motion to dismiss the complaint insofar as asserted against it for the plaintiff's failure to restore the action to the trial calendar, and denying the plaintiff's cross motion to restore the action to the trial calendar. Skelos, J.P., Angiolillo, Belen, Lott and Roman, JJ., concur.